UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RIGHT OF WAY MAINTENANCE COMPANY D/B/A ROWMEC, <br><br>*Plaintiff*, <br><br>V. <br><br>GYRO-TRAC, INC. AND GYRO-TRAC (U.S.A.), INC., <br><br>*Defendants*. | § § § § § § § § § § § § §   CIVIL ACTION H-05-4081 |

## AGREED MOTION TO SUPERSEDE JUDGMENT

Plaintiff, Right-of-Way-Maintenance-Equipment Company d/b/a/ ROWMEC, and Defendants, Gyro-Trac, Inc. and Gyro-Trac (U.S.A.), Inc., (collectively the "Parties"), file this Agreed Motion to Supersede Judgment and Stay Execution, as follows:.

1.  The Parties have reached an agreement concerning the Defendants' posting of adequate security during the appeal of the Final Judgment in this case. The documents reflecting that agreement and Plaintiff's acknowledgment of delivery of the certificate are attached as sealed Exhibits A and B. Therefore,

FOR THESE REASONS, the Parties ask the Court to enter an order superseding the Final Judgment pending the appeal of this action, and to cancel all pending hearings and to deny all pending motions as moot, and for all other relief, in law or in equity, to which they may be justly entitled.

Respectfully Submitted,

By: /s/ James P. Keenan
    James P. Keenan
    Texas Bar No. 1167850
    Federal Bar No. 1421

ATTORNEY-IN-CHARGE FOR DEFENDANTS

OF COUNSEL:

Ann E. Webb
Texas Bar No. 21017600
Federal Bar No. 10243

Jared G. LeBlanc
Texas Bar No. 24046279
Federal Bar No. 575408

BUCK, KEENAN, GAGE, LITTLE & LINDLEY, L.L.P.
5100 Bank of America Center
700 Louisiana
Houston, Texas 77002
(713) 225-4500
(713) 225-3719 fax

                AND

AND

By: /s/ Christopher Bandas
    Christopher Bandas
    Texas Bar No. 00787637

ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

Bandas Law Firm, P.C.
500 North Shoreline, Suite 1020
Corpus Christi, Texas 78471
(361) 698-5200
(361) 698-5222 fax

Ms. Patricia A. Shackelford
Shackelford Law Firm
P.O. Box 419
2300 Frost Bank Plaza
Corpus Christi, Texas 78402-1500

Mr. Jeffrey D. Meyer
Moulton & Meyer, LLP
600 Travis Street, Suite 6700
Houston, Texas 77002

Mr. Ronald A. Simank
Schauer & Simank, P.C.
615 North Upper Broadway, Suite 2000
Corpus Christi, Texas 78477

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Agreed Motion to Supersede Judgment was forwarded to the following counsel of record in this cause via the clerk's ECF System and by fax, on April 22, 2008:

Mr. Christopher Bandas
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78471

Mr. Jeffrey D. Meyer
Moulton & Meyer, LLP
600 Travis Street, Suite 6700
Houston, Texas 77002

Ms. Patricia A. Shackelford
Shackelford Law Firm
P.O. Box 419
2300 Frost Bank Plaza
Corpus Christi, Texas 78402-1500

Mr. Ronald A. Simank
Schauer & Simank, P.C.
615 North Upper Broadway, Suite 2000
Corpus Christi, Texas 78477

/s/ James P. Keenan
James P. Keenan

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIGHT OF WAY MAINTENANCE COMPANY D/B/A ROWMEC, | § § § | |
| *Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION H-05-4081 |
| GYRO-TRAC, INC. AND GYRO-TRAC (U.S.A.), INC., | § § § § | |
| *Defendant*. | § | |

## Order

Pending before the Court is the parties' Agreed Motion to Supersede Judgment. (Dkt. #230.) The Court GRANTS the motion. It is therefore:

ORDERED that the Final Judgment (Dkt. # 154) is hereby superseded pending its appeal; and

IT IS FURTHER ORDERED that all collection efforts on the Final Judgment are hereby stayed, the Final Judgment is superseded, and no other writs shall issue pending final disposition of the appeal of this case.

IT IS FURTHER ORDERED that all pending discovery motions are DENIED as moot.

IT IS FURTHER ORDERED that the hearing set by the Court for Thursday, April 24, 2008, is CANCELLED.

2

Signed at Houston, Texas on _____, 2008.

_____
Gray H. Miller
United States District Judge