IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIGHT OF WAY MAINTENANCE COMPANY D/B/A ROWMEC<br>　　　Plaintiff,<br><br>v.<br><br>GYRO-TRAC, INC., AND GYRO-TRAC (USA), INC.<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 4:05-CV-4081 |

## JOINT NOTICE OF APPEARANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE GRAY H. MILLER:

Bandas Law Firm, P.C., and Moulton & Meyer, L.L.P. (collectively "Attorneys"), presently counsel of record for Right of Way Maintenance Company d/b/a Rowmec, files this Notice of Appearance and asks the Court and all parties to take notice that the following counsel represent Attorneys as indicated:

Michael S. Hays
State Bar No. 09394500
Federal Bar No. 2468
Hays, McConn, Rice & Pickering
1233 West Loop South
Suite 1000
Houston, Texas 77027
Telephone: (713) 752-8300
Facsimile: (713) 650-0027
MHays@haysmcconn.com

Please copy the foregoing counsel on all correspondence, pleadings, or other filings in this matter at the addresses below:

Respectfully submitted,

By: /s/Michael S. Hays
Michael S. Hays
State Bar No. 09394500
Federal Bar No. 2468
Hays, McConn, Rice & Pickering
1233 West Loop South
Suite 1000
Houston, Texas 77027
Telephone: (713) 752-8300
Facsimile: (713) 650-0027

**Attorneys for The Bandas Law Firm, P.C.
And Moulton & Meyer, L.L.P.**

# **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing Motion to Withdraw was served upon all counsel of record as indicated below on the __15th__ day of January, 2009.

                                                               /s/Michael S. Hays

**Via Email**
James Patrick Keenan
Jared G. LeBlanc
Buck, Keenan, Gage, Little & Lindley, LLP
700 Louisiana Street, Ste. 5100
Houston, Texas 77002-2732

**Via Facsimile -- 281.540.8013**
Lester R. Buzbee, III
116 S. Avenue C
Houston, TX  77338

**Via Facsimile – 915.532.7503**
Christopher R. Johnston
State Bar No. 10834200
415 North Mesa, Third Floor
El Paso, TX  79901

**Via Facsimile – 843.725.4508**
Robert Lowe, Jr.
Lowe & Associates, P.C.
Wachovia Center
1777 Meeting Street #400
Charleston, SC  29401