UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIGHT OF WAY MAINTENANCE COMPANY D/B/A ROWMEC, *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION H-5-4081 |
| GYRO-TRAC, INC. AND GYRO-TRAC (U.S.A.), INC., *Defendants*. | § § § | |

## ORDER

Pending before the court is Bandas Law Firm, P.C., Moulton & Meyer, L.L.P. and the Shackelford Law Firm's (collectively "Attorneys") motion to withdraw as counsel of record for plaintiff Right of Way Maintenance Equipment Company d/b/a ROWMEC. Dkt. 237. After reviewing plaintiff's motion and all applicable law, the Court finds that Attorneys were constructively discharged on January 7, 2009 and their motion to withdraw is GRANTED in all respects.

Signed at Houston, Texas on January 22, 2009.

_____
Gray H. Miller
United States District Judge