UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIGHT OF WAY MAINTENANCE COMPANY D/B/A ROWMEC, | § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION H-05-4081 |
| GYRO-TRAC, INC. *et al.*, | | |
| *Defendants.* | | |

## ORDER

Pending before the court is plaintiff ROWMEC's motion to reurge plaintiff's second post-judgment motion to compel. Dkt. 241. Upon consideration of the motion, the response, the reply, the record, and the applicable law, the motion is DENIED. The documents in the record indicate that ROWMEC assigned its interest in the judgment in this case to Cambridge Management Group, LLC. *See* Dkts. 239, 242. Although, ROWMEC may be vigorously contesting this assignment in the related bankruptcy proceedings of the plaintiff, there is nothing before the court to suggest that the assignment is improper or invalid. Therefore, ROWMEC lacks standing to bring any motions regarding collection of the judgment. Accordingly, the motion is DENIED.

It is so ORDERED.

Signed at Houston, Texas on September 11, 2009.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY